# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 600 | **DATE** | 8/2/2002 |
| **CASE TITLE** | Joe N. Sherrod-Bey vs. Robert Griffin, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. The Clerk is directed to issue summons and forward to the United States Marshal's for service. This action is set for an initial status hearing at 8:45 a.m. September 27, 2002, and Griffin is ordered to make arrangements for Sherrod-Bey to have access to a telephone at that time so he may participate in the status hearing.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | AUG 0 5 2002 | |
| | Notified counsel by telephone. | | date docketed | 12 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | | |
| | Copy to judge/magistrate judge. | 02 AUG -5 PM 7:43 | 8/5/2002 date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

JOE N. SHERROD-BEY #N13582,      )
                                 )
               Plaintiff,        )
                                 )
     v.                          )    No. 02 C 600
                                 )
ROBERT GRIFFIN, et al.,          )
                                 )
               Defendants.       )

## MEMORANDUM ORDER

Joe Sherrod-Bey ("Sherrod-Bey") has now complied with this Court's most recent memorandum order ("Order," issued July 8, 2002) as to his payment in full of the $150 filing fee in this action, as well as all amounts owed by Sherrod-Bey as fees in his other cases. As the Order stated, that entitles him as a matter of right to file the Amended Complaint that he had previously tendered and that was received in the Clerk's Office on June 10, 2002.

By operation of law that Amended Complaint supersedes the original Complaint in its entirety. That being the case, the only presently-named defendants are Stateville Correctional Center ("Stateville") Superintendent Robert Griffin ("Griffin") and Stateville Correctional Officer C. Conditt ("Conditt"). And in compliance with Sherrod-Bey's most recent letter request, Conditt is dismissed voluntarily, so that only Griffin remains a target of Sherrod-Bey's action.

Because Sherrod-Bey has also furnished funds for the service

of process on Griffin, the United States Marshal's Service is ordered to proceed with such service. This action is set for an initial status hearing at 8:45 a.m. September 27, 2002, and Griffin is ordered to make arrangements for Sherrod-Bey to have access to a telephone at that time so that he may participate in the status hearing.

                                                            Milton I. Shadur
                                                            Senior United States District Judge

Date: August 2, 2002